**RANDOLPH GOLDBERG**
Name

**5970**
Bar Code #

**4000 S. Eastern Ste 200**
**Las Vegas, NV 89119**
Address

**702-735-1500**
Phone Number

E-filed on __September 16, 2009__

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:   **THOMAS GALANOS**

Case # __09-27032__
Chapter __7__
Trustee _____

Debtor(s)

### AMENDMENT COVER SHEET

**Amendment(s) to the following are transmitted herewith. Check all that apply.**

( )   Petition (must be signed by debtor *and* attorney for debtor per Fed. R. Bankr. P. 9011)
( )   Summary of Schedules
( )   Schedule A - Real Property
( )   Schedule B - Personal Property
( )   Schedule C - Property Claimed as Exempt
( )   Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
   ( )   Add/delete creditor(s), change amount or classification of debt - **$26.00 fee required**
   ( )   Add/change address of already listed creditor, add name/address of attorney for already listed creditor, amend petition, attach new petition on converted case, supply missing document(s) - **no fee**
\* Must provide diskette and comply with Local Rule 1007 if add/delete creditor or add/change address of already listed creditor
( )   Schedule G - Schedule of Executory Contracts & Unexpired Leases
( )   Schedule H - Codebtors
( )   Schedule I - Current Income of Individual Debtor(s)
( )   Schedule J - Current Expenditures of Individual Debtor(s)
( )   Statement of Financial Affairs
(x)   Statement of Intention

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

/s/ THOMAS GALANOS
THOMAS GALANOS
**Debtor's Signature**
**Date:** September 16, 2009

(Revised 4/19/04)

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Nevada

In re   **THOMAS GALANOS**                                                Case No.  **09-27032**
                                    Debtor(s)                              Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Wells Fargo Home Mtg | **Describe Property Securing Debt:**<br>7918 W. NEVSO DRIVE<br>LAS VEGAS, NV 89148<br>1999<br>SURRENDER |
| Property will be (check one):<br>■ Surrendered               □ Retained | |
| If retaining the property, I intend to (check at least one):<br>□ Redeem the property<br>□ Reaffirm the debt<br>□ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)). | |
| Property is (check one):<br>□ Claimed as Exempt               ■ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>□ YES          □ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date  **September 16, 2009**             Signature  **/s/ THOMAS GALANOS**
                                                     **THOMAS GALANOS**
                                                     Debtor